RECEIVED
MAR 23 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JESUS BEATON PAEZ,<br>Petitioner | CIVIL ACTION NO. 1:17-CV-1450-P |
| VERSUS | JUDGE DEE D. DRELL |
| DERRICK COLE, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

Additionally, the Court notes the copy of the report and recommendation mailed February 8, 2018 to Mr. Paez's last known address was returned to the Clerk of Court on February 21, 2018, marked "return to sender." Thirty days have passed since February 21, 2018, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 22nd day of March, 2018.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**